IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01655-MSK-KMT

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN E. MUTH,

    Defendant.

_____

## **ORDER**
_____

    This matter comes before the court on the Order of the Magistrate Judge that the Defendant, Steven E. Muth, appear before the court and show cause why sanctions should not be imposed for failure to appear at the status conference held on January 3, 2008.

    Mr. Muth appeared in court this date and explained his absence to the court. The court finds Mr. Muth had sufficient explanation for his absence and the imposition of sanctions would not be in the interests of justice at this time. The Order to Show Cause is, therefore, discharged.

    Dated this 15th day of February, 2008.

                                            BY THE COURT

                                            s/ Kathleen M. Tafoya
                                            KATHLEEN M. TAFOYA
                                            United States Magistrate Judge